IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01266-BNB

LUIE REAVES JR.,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant(s).

## ORDER OF DISMISSAL

    Plaintiff, Luie Reaves, Jr., is in the custody of the Colorado Department of Corrections at the Territorial Correctional Facility in Canón City, Colorado. He initiated this action on May 2, 2014, by submitting *pro se* a Letter to the Court in which he complains about the conditions of his confinement.

    On May 6, 2014, Magistrate Judge Boyd N. Boland reviewed Plaintiff's filing and determined that it was deficient. Magistrate Judge Boland directed Plaintiff to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint on the court-approved forms. Mr. Reaves was instructed that he could pay the $400 filing fee in lieu of filing a § 1915 motion and affidavit. Magistrate Judge Boland warned Plaintiff in the May 6 Order that failure to cure the deficiencies noted would result in dismissal of this action without further notice.

    Plaintiff has now failed to comply with the May 6 Order. Further, he has not communicated with the Court since he initiated this action. Accordingly, it is

    ORDERED that this action is DISMISSED without prejudice pursuant to Rule

41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Luie Reaves, Jr., to comply with the May 6, 2014 Order Directing Plaintiff to Cure Deficiencies.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED at Denver, Colorado, this   13th   day of    June         , 2014.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court