IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01266-LTB

LUIE REAVES JR.,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant(s).

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 13, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendant(s) and against Plaintiff.

DATED at Denver, Colorado, this 13th day of June, 2014.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/K Lyons
        Deputy Clerk